```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                         MIDDLE DIVISION
```

| | |
|---|---|
| VAE NORTRAK NORTH AMERICA, INC., et al., | } } } |
| Plaintiffs, | } CIVIL ACTION NO. |
| | } 03-AR-1480-M |
| v. | } |
| | } |
| PROGRESS RAIL SERVICES CORPORATION, | } } } |
| Defendant. | } |

### MEMORANDUM OPINION & ORDER

Before the court are the motion for status update of plaintiffs, VAE Nortrak North America, Inc. ("Nortrak") and VAE GmbH ("GmbH"), and the motion of Nortrak to eliminate Meridian Track Products Corp. ("Meridian Track") and Meridian Rail Information Systems Corp. ("Meridian Rail") as plaintiffs. These motions were heard at this court's regular motion docket on April 21, 2006.

Nortrak's motion to eliminate Meridian Track and Meridian Rail as plaintiffs is well taken and will be granted by separate order. However, both Meridian Track and Meridian Rail continue as counterclaim defendants. Nortrak and GmbH remain in this matter as both plaintiffs and counterclaim defendants.

At the April 21 motion docket, the court expressed its concern about conflicts of interest arising from the joint representation of multiple plaintiffs and counterclaim defendants in this matter and advised the respective plaintiffs and

counterclaim defendants to seek separate counsel. The court reiterates this advice now and emphasizes its desire to avoid confusion and conflicts in representation as the trial date draws near. In the meantime, attorneys John R. Crossan, John E. Getty and Will Hill Tankersley, Jr. are hereby ORDERED to inform Meridian Track and Meridian Rail that they are still counterclaim defendants.

With respect to the motion for status update, the court will postpone the question of severance and will keep the motion for status update and the underlying motion to sever under advisement. The court reminds the parties that the deadline for submission of dispositive motions, including motions for summary judgment, is July 28, 2006. In the meantime, discovery is to proceed jointly on both the patent and antitrust claims.

DONE this 3rd day of May, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE